# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| PEDRO ALEXANDER LOPEZ JUAN, <br><br> Petitioner, <br><br> v. <br><br> WARDEN ADELANTO DETENTION FACILITY et al., <br><br> Respondents. | Case No. 5:26-cv-01746-AH-DFM <br><br> Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1.    The Petition for Writ of Habeas Corpus is GRANTED IN PART.

2.    Respondents shall immediately release Petitioner from custody.


///

///

3.     The parties are ordered to file a compliance status report within five (5) days.

Date: MAY 1, 2026

_____
ANNE HWANG
United States District Judge