JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| PEDRO ALEXANDER LOPEZ JUAN, | Case No. 5:26-cv-01746-AH-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN ADELANTO DETENTION FACILITY et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is GRANTED IN PART. Respondents shall immediately release Petitioner from custody. The parties are ordered to file a compliance status report within five (5) days.

Date: MAY 1, 2026

_____
ANNE HWANG
United States District Judge